IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS GRIFFIN, JR.,

        Plaintiff,                       Case No. 2:10-cv-664

 v.                                   JUDGE GREGORY L. FROST

CORRECTIONAL OFFICER KYLE,      Magistrate Judge Terence P. Kemp
et al.,
        Defendants.

## ORDER

On November 2, 2010, the Magistrate Judge issued a Report and Recommendation recommending that plaintiff's motion for a default judgment against defendant Correctional Officer Kyle (#14) be denied.  The basis of that recommendation was that this defendant had never properly been served with a complaint and summons.  Despite the passage of the time allowed for filing objections to the Report and Recommendation, no objections have been filed.  The Report and Recommendation (#19) is therefore **ADOPTED**.  Plaintiff's motion for default judgment (#14) is **DENIED.**

       IT IS SO ORDERED.

                                                /s/ Gregory L. Frost
                                            GREGORY L. FROST
                                            UNITED STATES DISTRICT JUDGE