```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Thomas Griffin, Jr.,              :

    Plaintiff,                 :

  v.                             :    Case No. 2:10-cv-664

Correctional Officer Kyle,        :    JUDGE GREGORY L. FROST
et al.,                                Magistrate Judge Kemp
    Defendants.                :

ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on July 15, 2011. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The motions for summary judgment filed by defendants Moore and Miller (#55) and defendant Kyle (#57) are DENIED.

    IT IS SO ORDERED.

                                          /s/   Gregory L. Frost
                                          GREGORY L. FROST
                                          UNITED STATES DISTRICT JUDGE