IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Thomas Griffin, Jr.,**

    **Plaintiff,**

      **v.**                                  Case No. 2:10-cv-664

**Correctional Officer Kyle,**         **JUDGE GREGORY L. FROST**
**et al.,**                                      **Magistrate Judge Kemp**
    **Defendants.**

## **ORDER**

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on July 12, 2011 (#65).  No objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  The motion for default judgment (#62) is **DENIED**.

    **IT IS SO ORDERED**.


                                                      /s/   Gregory L. Frost
                                          **GREGORY L. FROST**
                                          **UNITED STATES DISTRICT JUDGE**